### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA**, On Behalf of Himself and All Others Similarly Situated, **BRENDA MONAGHAN**, On Behalf of [Her]self and All Others Similarly Situated, **KEVIN SCHMID**, On Behalf of Himself and All Others Similarly Situated and **JOHN SCHMID**, On Behalf of Himself and All Others Similarly Situated | : : : : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ARBITERSPORTS, LLC** | : | **NO. 20-5193** |

### ORDER

**NOW,** this 18th day of May, 2021, upon consideration of the Joint Notice of Settlement and Stipulation to Set Deadline to File Motion for Preliminary Approval (Doc. No. 25), it is **ORDERED** as follows:

1. No later than June 18, 2021, plaintiffs shall file a motion for preliminary approval of settlement.

2. A hearing to show cause why the settlement should not be preliminarily approved is **SCHEDULED** for Wednesday, July 7, 2021, at 9:00 a.m., in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. All deadlines in the Scheduling Order of December 22, 2020 are **STAYED**.

/s/ TIMOTHY J. SAVAGE J.