### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA**, On Behalf of Himself and All Others Similarly Situated, **BRENDA MONAGHAN**, On Behalf of [Her]self and All Others Similarly Situated, **KEVIN SCHMID**, On Behalf of Himself and All Others Similarly Situated and **JOHN SCHMID**, On Behalf of Himself and All Others Similarly Situated | : : : : : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **ARBITERSPORTS, LLC** | : | **NO. 20-5193** |

### ORDER

**NOW,** this 22nd day of June, 2021, upon consideration of the Joint Uncontested Motion for Leave to File Document Under Seal in Connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Doc. No. 29), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Exhibit A to the parties' Settlement Agreement attached as Exhibit 1 to the Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 28, Attachment 2) shall be filed **UNDER SEAL** and shall remain under seal until further Order of the Court.

/s/ TIMOTHY J. SAVAGE J.