IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA**, On Behalf of Himself and All Others Similarly Situated, **BRENDAN MONAGHAN**, On Behalf of Himself and All Others Similarly Situated, **KEVIN SCHMID**, On Behalf of Himself and All Others Similarly Situated, and **JOHN SCHMID**, On Behalf of Himself and All Others Similarly Situated,<br><br>       **Plaintiffs,**<br><br>v.<br><br>**ARBITERSPORTS, LLC,**<br><br>       **Defendant.** | **CIVIL ACTION NO. 2:20-cv-5193-TJS** |

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENTS OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS

Defendant ArbiterSports, LLC ("ArbiterSports"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for a four (4) day extension of time to file its opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursements of Litigation Expenses, and Class Representative Incentive Awards ("Motion"), up to and including September 14, 2021.

In support of its motion, ArbiterSports states:

1. Plaintiffs filed and served their Motion on August 20, 2021.

2. ArbiterSports' deadline to file its opposition is currently September 10, 2021.

3. Plaintiffs' Motion included 39 pages of briefing and approximately 125 pages of exhibits.

4. ArbiterSports requires a brief four-day extension to finalize and streamline its responsive pleading and attached exhibits.

5. The final fairness hearing in this matter is not scheduled until December 14, 2021.

6. No previous extensions have been requested.

7. Plaintiffs' counsel does not oppose the requested extension.

8. Accordingly, good cause exists for the requested extension.

WHEREFORE, ArbiterSports asks that the Court extend the deadline for ArbiterSports to file its opposition to Plaintiffs' Motion by (4) days, up to and including September 14, 2021.

Dated:  September 10, 2021

Respectfully submitted,

/s/ Casie D. Collignon
Casie D. Collignon (p*ro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone:  (303) 861-0600
Facsimile:  (303) 861-7805
ccollignon@bakerlaw.com

Benjamin D. Wanger
Pennsylvania Bar No. 209317
BAKER & HOSTETLER LLP
Circa Centre, 12th Floor
Philadelphia, Pennsylvania 19104
Telephone:  (215) 564-1601
Facsimile:  (215) 568-3439
bwanger@bakerlaw.com

*Attorneys for ArbiterSports, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed this 10th day of September, 2021, via the Court's electronic filing system, which will serve copies to all counsel of record.

/s/ *Casie D. Collignon*