IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR ALFONSO RODRIGUEZ QUEZADA, BRENDAN MONAGHAN, KEVIN SCHMID, and JOHN SCHMID, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARBITERSPORTS, LLC,<br><br>Defendant. | CIVIL ACTION NO. 2:20-cv-05193-TJS |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND/OR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

Plaintiffs, Victor Alfonso Rodriguez Quezada, Brendan Monaghan, Kevin Schmid, and John Schmid (together, "Plaintiffs"), move, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time and/or leave to file a Reply to Defendant's Response in Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Incentive Awards ("Response"), up to and including September 28, 2021.

In support of its motion, Plaintiffs state:

1. Plaintiffs filed and served their Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Incentive Awards ("Motion") on August 20, 2021.

1780371-1

2. The original deadline for Defendant, ArbiterSports, LLC, to file its Response was September 10, 2021. The Court ordered a four (4) day extension of the deadline following an unopposed motion filed by the Defendant requesting the extension.

3. Defendant filed and served its Response on September 14, 2021.

4. Defendant's Response included 47 pages of briefing and nearly 100 pages of exhibits.

5. This Court's Policies and Procedures permit the filing of a reply brief, limited to ten pages, within seven days of service of an opponent's brief in opposition.

6. Plaintiffs require an extension to finalize their reply brief, to address issues raised in Defendant's Response.

7. The final fairness hearing in this matter is not scheduled until December 14, 2021.

8. Plaintiffs have not previously requested any extensions.

9. Plaintiffs conferred with Defendant's counsel on September 20, 2021. Defendant has asserted that it is Defendant's understanding that the Court already issued a scheduling order that did not permit the filing of a reply. However, Defendant is not opposed to Plaintiffs' filing a reply, to be filed on September 28, 2021, if the Court is inclined to permit reply briefing, and if the Court also permits Defendant to file a short sur-reply, if necessary, to be filed no later than seven days after the reply and to be no longer than five pages.

10. Accordingly, good cause exists for the requested extension.

Plaintiffs respectfully request that their Motion be granted and that the Court permit Plaintiffs to file a Reply to Defendant's Response no later than September 28, 2021. If this Motion is granted, Plaintiffs are not opposed to the Defendant's filing a short sur-reply, as requested by Defendant.

Dated: September 20, 2021  Respectfully submitted,

/s/ Scott H. Wolpert
Scott H. Wolpert, Esquire (PA Bar No. 62894)
Christine M. Gordon, Esquire (PA Bar No. 209391)
Keith T. Vernon, Esquire (admitted *pro hac vice*)
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA 19034
Tel.: (215) 540-2656
swolpert@timoneyknox.com
cgordon@timoneyknox.com
kvernon@timoneyknox.com


Jonathan Shub, Esquire (PA Bar No. 53965)
Kevin Laukaitis, Esquire (PA Bar No 321670)
**SHUB LAW FIRM, LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
Tel.: (856) 772-7245
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiffs and the Proposed Class*

1780371-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA, BRENDAN MONAGHAN, KEVIN SCHMID, and JOHN SCHMID,** On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ARBITERSPORTS, LLC,**<br><br>Defendant. | **CIVIL ACTION NO. 2:20-cv-05193-TJS** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing motion was filed this 20th day of September 2021 via the Court's electronic filing system, which will serve copies to all counsel of record.

> */s/ Scott H. Wolpert*
> Scott H. Wolpert, Esquire (PA Bar No. 62894)
> **TIMONEY KNOX, LLP**
> 400 Maryland Drive
> Fort Washington, PA 19034
> Tel.: (215) 540-2656
> swolpert@timoneyknox.com

1780371-1