IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA, On Behalf of Himself and All Others Similarly Situated, BRENDA MONAGHAN, On Behalf of [Her]self and All Others Similarly Situated, KEVIN SCHMID, On Behalf of Himself and All Others Similarly Situated and JOHN SCHMID, On Behalf of Himself and All Others Similarly Situated** | : : : : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **ARBITERSPORTS, LLC** | : | **NO. 20-5193** |

### ORDER

**NOW,** this 22nd day of September, 2021, upon consideration of Plaintiffs'' Unopposed Motion for an Extension of Time and/or Leave to File a Reply to Defendant's Response in Opposition to Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursements of Litigation Expenses, and Class Representative Incentive Awards (Doc. No. 41), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Plaintiffs shall file their reply to the defendant's response no later than **September 28, 2021**.

2. If defendant wishes to file a surreply, it shall do so no later than **October 5, 2021**.

/s/ TIMOTHY J. SAVAGE J.