# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA**, On Behalf of Himself and All Others Similarly Situated, **BRENDA MONAGHAN**, On Behalf of [Her]self and All Others Similarly Situated, **KEVIN SCHMID**, On Behalf of Himself and All Others Similarly Situated and **JOHN SCHMID**, On Behalf of Himself and All Others Similarly Situated | : : : : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **ARBITERSPORTS, LLC** | : | **NO. 20-5193** |

## ORDER

**NOW,** this 12th day of October, 2021, upon consideration of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursements of Litigation Expenses, and Class Representative Incentive Awards (Doc. No. 41) and the defendant's response in opposition, it is **ORDERED** that the issue of attorneys' fees is **REFERRED** to Magistrate Judge Scott W. Reid to conduct a settlement conference.

/s/ TIMOTHY J. SAVAGE J.