IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR ALFONSO RODRIGUEZ QUEZADA, BRENDAN MONAGHAN, KEVIN SCHMID, and JOHN SCHMID, On Behalf of Themselves and All Others Similarly Situated,**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**ARBITERSPORTS, LLC,**<br><br>          **Defendant.** | CIVIL ACTION NO. 2:20-cv-05193-TJS |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Victor Alfonso Rodriguez Quezada, Brendan Monaghan, Kevin Schmid, and John Schmid (together, "Plaintiffs" or "Class Representatives"), individually, and on behalf of all Settlement Class Members pursuant to Federal Rule of Civil Procedure 23, hereby respectfully move the Court for an Order (1) finally approving the Settlement Agreement; (2) certifying, for settlement purposes, the proposed Settlement Class under Rule 23(a), (b)(3), and (e); (3) finding the class notice, as implemented, satisfied Rule 23 and due process; (4) finally appointing Plaintiffs as Settlement Class Representatives; (5) finally approving Scott H. Wolpert, Keith T. Vernon and Christine M. Gordon of Timoney Knox, LLP and Jonathan Shub and Kevin Laukaitis of Shub Law Firm, LLC, each as counsel for the Settlement Class ("Class Counsel") under Rule 23(g); (6) finally appointing JND Legal Administration as the Claims Administrator; (7) ruling on Class Counsel's requested attorney' fees and costs, and the requested incentive awards to the named Plaintiffs; and (8) any other relief the Court deems just and proper.

The grounds are set forth in the accompanying legal memorandum and its attachments.

1807471-2

Plaintiffs respectfully request that their Motion be granted.

Dated: December 3, 2021

Respectfully submitted,

*/s/ Scott H. Wolpert*
Scott H. Wolpert, Esquire (PA Bar No. 62894)
Christine M. Gordon, Esquire (PA Bar No. 209391)
Keith T. Vernon, Esquire (admitted *pro hac vice*)
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA 19034
Tel.: (215) 540-2656
swolpert@timoneyknox.com
cgordon@timoneyknox.com
kvernon@timoneyknox.com


Jonathan Shub, Esquire (PA Bar No. 53965)
Kevin Laukaitis, Esquire (PA Bar No 321670)
**SHUB LAW FIRM, LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
Tel.: (856) 772-7245
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiffs and the Proposed Class*

1807471-2